UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JACK PARKER AND MARY L. PARKER, | § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:15-cv-03972-D |
| METROPOLITAN LLOYDS INSURANCE COMPANY OF TEXAS, | § § § § | **(JURY)** |
| Defendant. | § § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

COME NOW, Plaintiffs Jack Parker and Mary L. Parker, and Defendant Metropolitan Lloyds Insurance Company of Texas, and file this Stipulation of Dismissal With Prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) and in support thereof would show the Court as follows:

1. Plaintiffs are Jack Parker and Mary L. Parker. Defendant is Metropolitan Lloyds Insurance Company of Texas.

2. Plaintiffs filed suit against Defendant arising out of a homeowners' insurance claim arising from storm damage that occurred on or about December 6, 2013.

4. Plaintiffs and Defendant have reached a compromise and settlement regarding the claims in this lawsuit. As a result, Plaintiffs desire to dismiss with prejudice all claims and causes of action asserted against Defendant. Plaintiffs and Defendant agree to this dismissal with prejudice.

5. This case is not a class action.

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE - Page 1**

6. A receiver has not been appointed in this action.

7. This case is not governed by any federal statute that requires an order of the court for dismissal of the case.

8. Plaintiffs have not dismissed an action based on or including the same claims as those presented in this suit.

9. This dismissal is requested to be with prejudice as to Defendant Metropolitan Lloyds Insurance Company of Texas.

        Respectfully submitted,

        /s/ - *David B. Koch*
        David B. Koch
        COATS | ROSE, P.C.
        600 Signature Place
        14755 Preston Road
        Dallas, Texas  75254
        972-788-1600
        972-702-0662 – fax
        dkoch@coatsrose.com
        SBN 11643850
        ATTORNEY FOR PLAINTIFFS

        *AND*

        /s/ - *Dennis D. Conder*
        Dennis D. Conder
        Stacy & Conder, LLP
        901 Main Street, Suite 6200
        Dallas, Texas  75202
        214-748-5000
        214-748-1421 – fax
        conder@stacyconder.com
        SBN 04656400
        ATTORNEY FOR DEFENDANT

PAN/PLDG/578535.1/001466.15852